IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

      vs.           CASE. NO. 3:97CR0082-65 (SEC)

RODNEY LOPEZ-GONZALEZ

* * * * * * * * * * * * *

MOTION NOTIFYING VIOLATION OF SUPERVISED RELEASE
CONDITIONS AND REQUEST FOR A WRITTEN REPRIMAND

TO THE HONORABLE SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    COMES NOW, YVETTE VILLEGAS-OTERO, U.S. PROBATION OFFICER of this Court, presenting an official report upon the conduct and attitude of offender, Rodney López-González, who on January 29, 1999, was sentenced to serve an eighty-four (84) month imprisonment term followed by a four (4) year supervised release term after he plead guilty to violating Title 21 U.S.C. §846 and 841(a)(1).  A special monetary assessment in the amount of $100 was ordered.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender incurred in the following violations:

    **1. STANDARD CONDITION NO. 11 -** "**THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER WITHIN SEVENTY-TWO (72) HOURS OF BEING ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER.**"

On November 3, 2005, the offender informed that he was released from confinement two days earlier, specifically, on November 1, 2005. On October 6, 2005, he had been arrested due to his failure to comply with his child support payments as ordered. The offender did not notify the undersigned of this arrest in a timely manner.

**WHEREFORE**, in light of the aforementioned, it is respectfully requested that, unless ruled otherwise, a written reprimand be issued to Mr. López-González and he be sternly admonished for his failure to comply with his supervised release conditions. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 23rd day of March 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-3630
787-766-5945
Yvette_Villegas@prp.uscourts.gov

YVO/

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 23rd, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: H.S. García, U.S. Attorney, and Joseph Laws, Federal Public Defender.

In San Juan, Puerto Rico, this 23rd day of March, 2006.

    s/Yvette Villegas-Otero
    Yvette Villegas-Otero
    U.S. Probation Officer
    Federal Office Building, Office 400
    San Juan, PR 00918
    787-766-3630
    787-766-5945
    Yvette_Villegas@prp.uscourts.gov