UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

              v.              Criminal No. 97-82(SEC)

RODNEY LOPEZ-GONZALEZ
    Defendant

**O R D E R**

| MOTION | RULING |
|---|---|
| **Dockets # 3315 Motion Notifying Violation of Supervised Release Conditions and Request for a Written Reprimand** | **NOTED and GRANTED**. Co-defendant Rodney López-González's U.S. Probation Officer filed a motion informing the Court as to Co-defendant López-González's violation of certain conditions of his supervised release (Docket # 3315). The Court hereby **REPRIMANDS** Co-defendant López-González for his violations of the conditions of his release and forewarns him that any further violations will result in the revocation of his supervised release. |

DATE:   March 28, 3006

                                                  S/ *Salvador E. Casellas*
                                                  SALVADOR E. CASELLAS
                                                  U.S. Senior District Judge